[No. 25156-2-I. Division One. August 19, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. CAROLINE GONZALES, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 218477R010, John E. Rutter, Jr., J., entered November 17, 1989. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Pekelis and Agid, JJ.

[No. 13576-1-II. Division Two. August 21, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY TURNER, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. 88-1-00137-3, H. John Hall, J., entered January 26, 1990. *Reversed* by unpublished opinion per Wieland, J. Pro Tem., concurred in by Thompson, J., and Ringold, J. Pro Tem.

[Nos. 13057-2-II; 13058-1-II; Division Two. August 21, 1991.] 13185-4-II; 13749-6-II.

STANLEY J. TROHIMOVICH, ET AL, *Appellants,* v. THE STATE OF WASHINGTON, ET AL, *Respondents.*

STANLEY J. TROHIMOVICH, *Appellant,* v. JOHN SPELLMAN, *Individually and as Governor,* ET AL, *Respondents.*

Appeals from judgments of the Superior Court for Grays Harbor County, Nos. 86-2-00822-1, 89-2-00007-1, and 83-2-00843-0, David E. Foscue, J., entered June 26, 1989, and February 22, 1990. Appeal from a judgment of the Superior Court for Thurston County, No. 83-2-00819-8, Richard A. Strophy, J., entered August 24, 1989. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Morgan, J.